No. 87–5789 (A–383). IN RE SAFIR. Application for injunction, addressed to JUSTICE WHITE and referred to the Court, denied. Petition for writ of mandamus denied.

No. 87–354. ARIZONA v. ROBERSON. Ct. App. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 87–416. UNITED STATES CATHOLIC CONFERENCE ET AL. v. ABORTION RIGHTS MOBILIZATION, INC., ET AL. C. A. 2d Cir. Motion of National Council of Churches of Christ in the U. S. A. et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.

No. 87–5367. MILLS v. MARYLAND. Ct. App. Md. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 86–1562. PAWTUXET COVE MARINA, INC., ET AL. v. CIBA-GEIGY CORP., INC. C. A. 1st Cir. Certiorari denied.

No. 86–7094. LEON-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–7100. BANKS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 86–7109. DIGREGORIO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–7143. ALBERTINI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–7160. DANCY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.